IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JEFFERY T. FREDERICK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV03-064-S-BLW |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| I.D.O.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court previously granted Plaintiff's request to reinstate his civil rights Complaint. *Docket No. 30.* Plaintiff was ordered to file an amended complaint within thirty (30) days, but as of the date of this Order, he has failed to file the amended complaint. Based on the foregoing, the Court hereby gives notice of intent to dismiss Plaintiff's lawsuit for failing to prosecute the claims in the Complaint. *See* District of Idaho Local Civil Rule 41.1 (if no action is taken in a civil case for a period of six months, the Court may dismiss the case for lack of prosecution).

**ORDER  1**

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's case shall be dismissed without prejudice within thirty (30) days of this notice for failure to prosecute his claims.



DATED: **April 20, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER  2**